IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

SWAN B. MOSS, III, *et al.*                                                                     PLAINTIFFS

VS.                              CONSOLIDATED ACTION
                                 CASE NO. 12-CV-4030

UNITED STATES OF AMERICA                                                                DEFENDANT

**ORDER**

  Plaintiffs' filed a Motion to Defer Time for Filing Their Response to the Defendant United States' Renewed Motion to Dismiss for Lack of Subject Matter Jurisdiction.  ECF No. 35.  The Court has granted Plaintiffs the opportunity to conduct limited discovery related to subject matter jurisdiction.  Plaintiffs estimate that the discovery will not be completed until October or November of this year.  Thus, Plaintiffs move the Court to enter an order providing that the time for Plaintiffs' response to the United States' Renewed Motion to Dismiss (ECF No. 31) be deferred and held in abeyance pending completion of the limited discovery allowed by the Court.  The United States has indicated to the Court that it wishes to file a response to Plaintiffs' Motion to Defer Time for Filing Their Response.  Accordingly, the United States has until July 25, 2014, to respond to Plaintiffs' motion.  Because Plaintiffs' response to the Renewed Motion to Dismiss is technically due on July 16, 2014, Plaintiffs' response time is stayed until further notice from the Court.

  **IT IS SO ORDERED**, this 15th day of July, 2014.

                    /s/ Susan O. Hickey
                    Susan O. Hickey
                    United States District Judge