IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

SWAN B. MOSS, III, *et al.*                                                                          PLAINTIFFS

VS.                           CONSOLIDATED ACTION
                              CASE NO. 12-CV-4030 (Lead Case)

UNITED STATES OF AMERICA                                                                             DEFENDANT

THERESA ROEDER, as the Administratrix of the
Estate of ESTHER KAY ROEDER, deceased, and
on behalf of the wrongful death beneficiaries of
ESTHER KAY ROEDER; TARA ROEDER, as the
Administratrix of the Estate of BRUCE WAYNE
ROEDER, and on behalf of the wrongful death
beneficiaries of BRUCE WAYNE ROEDER; and
TARA ROEDER, as the Administratrix of the
Estate of DEBORAH BUSBY ROEDER,
and on behalf of the wrongful death beneficiaries of
DEBORAH BUSBY ROEDER                                                                                 PLAINTIFFS

VS.                                              CASE NO. 14-CV-4082

UNITED STATES OF AMERICA;
JAMES S. WATSON, in his individual and official
capacity, GLORIA MAPLES CHRISMER, in her
individual and official capacity, NORMAL L WAGONER,
in his individual and official capacity, JAMES B. KOZIK,
in his individual and official capacity,SUSAN K. DEIMEL,
and John Does 1-5, in their individual and official capacity                                         DEFENDANTS

## ORDER

Before the Court is Separate Plaintiffs' Motion for Voluntary Dismissal. (ECF No. 39 in Case No. 4:12-cv-4030). Plaintiffs move the Court to dismiss the following Separate Defendants from this action: James S. Watson, Gloria Maples Chrismer, Normal L. Wagoner, James Kozik, and Susan K. Deimel. Upon consideration, the Court finds that Plaintiffs' motion should be and hereby is **GRANTED**. Pursuant to Federal Rule of Civil Procedure 41(a)(2), Separate Defendants are **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED, this 6th day of August, 2014.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge