IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

SWAN B. MOSS, III, *et al.*                                                                    PLAINTIFFS

VS.                              CONSOLIDATED ACTION
                                 CASE NO. 12-CV-4030

UNITED STATES OF AMERICA                                                                       DEFENDANT

## ORDER

On August 5, 2014, the Court entered an order setting a deadline of September 18, 2014, for Defendant to respond to Plaintiffs' written discovery requests and interrogatories. The Court held a status conference on October 31, 2014, in which the Defendant stated that it needed more time to produce certain documents in response to Plaintiffs' discovery requests. Thus, the Court will extend the time for Defendant to fully respond to Plaintiffs' discovery requests to **December 12, 2014**.

Because this deadline has been extended, the Court finds it necessary to also extend the deadline for Plaintiffs to file a response to Defendant's Motion to Dismiss (ECF No. 31). Accordingly, Plaintiffs will have until **April 15, 2015**, to file their response. **Defendant's reply is due two weeks from the date that Plaintiffs file their response.**

**IT IS SO ORDERED**, this 31st day of October, 2014.

                                                    /s/ Susan O. Hickey
                                                    Susan O. Hickey
                                                    United States District Judge