IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

SWAN B. MOSS, III, *et al.*                                                          PLAINTIFFS

VS.                           CONSOLIDATED ACTION
                              CASE NO. 12-CV-4030

UNITED STATES OF AMERICA                                                         DEFENDANT

## ORDER

Because the Court authorized the parties to engage in limited discovery regarding jurisdictional issues raised in Defendant's Motion to Dismiss (ECF No. 31), the Court set a deadline of April 15, 2015, for Plaintiffs to file a response to the motion. Defendant's reply is due two weeks from the date that Plaintiffs file their response. Accordingly, the Court will stay consideration of Defendant's Motion to Dismiss (ECF No. 31) until after Defendant files its reply to Plaintiffs' response.

**IT IS SO ORDERED**, this 31st day of March, 2015.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge